IS-6

```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                             03/03/2015

                       CENTRAL DISTRICT OF CALIFORNIA
                       BY:      AH        DEPUTY
```

1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12   AMERICAN INTERNATIONAL               CASE No. CV13-7515 MMM (MANx)
     INDUSTRIES, a California General
13   Partnership,                         **[PROPOSED] STIPULATED FINAL
                                          JUDGMENT AND PERMANENT
14              Plaintiff,                INJUNCTION**

15        v.

16   GEORGIE BEAUTY, LLC, a New
     York Corporation,
17
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

0067.221\9957

1   Based upon the Stipulation signed by counsel for Plaintiff American
2   International Industries, Inc., ("AII") and counsel for Defendant Georgie Beauty, LLC
3   ("Georgie Beauty") for a Final Judgment in this action, the Court enters this Final
4   Judgment and Permanent Injunction prohibiting Defendant from infringing Plaintiff's
5   intellectual property, including the federally registered WINKS trademark, U.S. Reg.
6   No. 3,247,268 (the "Winks Trademark"), as part of a comprehensive settlement.

7

8   Therefore, IT IS ORDERED that:

9   1.   Plaintiff American International Industries, Inc.'s Motion for Entry of
10  Default Judgment is denied as moot.

11  2.   Defendant Georgie Beauty, LLC, their owners, officers, agents, servants,
12  employees, and all those in active concert or participation with any of them, are
13  permanently restrained and enjoined from doing any of the following anywhere in the
14  world:

15      a.   Acquiring, purchasing, manufacturing, marketing, storing,
16         transporting, distributing, dealing in, hypothecating, offering for
17         sale or selling, directly or indirectly, of any beauty product,
18         materials or packaging therefor, including but not limited to
19         artificial eyelash products, that bears the Winks Trademark used for
20         personal care products, where the Winks Trademark is valid.

21      b.   Using or otherwise infringing the Winks Trademark.

22      c.   Causing, directing, soliciting, assisting, aiding, or abetting any
23         other person or business entity in engaging in or performing any of
24         the activities referred to in the above paragraphs (a) & (b).

25  3.   The Court shall retain jurisdiction to enforce the terms of the Settlement
26  Agreement of the Parties and the Permanent Injunction in this Judgment.

27  4.   All claims are dismissed with prejudice.

28

1    5.    Final Judgment is hereby entered, with each party responsible for its own

2  costs.

3  DATED:  March 3, 2015

4

5    *Margaret M. Morrow*

6    Honorable Margaret M. Morrow
     United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28